NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3088

CAULTON D. ALLEN,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in case no.
DC0752070694-C-3.

ON MOTION

ORDER

Caulton D. Allen moves to stay the briefing schedule in this petition pending disposition of a related petition for review before the Merit Systems Protection Board. The Department of Veterans Affairs opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Allen's opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAY 1 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Caulton D. Allen, Esq.
      Vincent D. Phillips, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2010

JAN HORBALY
CLERK